IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MONTY LEE STIDAM                                              PLAINTIFF

                    v.                  Civil No. 09-5104

DR. HUSKINS; CAPTAIN
HUNTER PETRAY; DEPUTY
MORRISON; and SHERIFF
KEITH FERGUSON                                               DEFENDANTS

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Plaintiff, Monty Lee Stidam (hereinafter Stidam), filed this action pursuant to 42 U.S.C.

§ 1983.  He proceeds *pro se* and *in forma pauperis*.

On January 25, 2010 (Doc. 16, Doc. 17 & Doc. 18), Defendants filed a motion for

summary judgment.  On March 24, 2010, an order (Doc. 20) was entered directing Stidam to

complete an attached notice regarding the summary judgment motion.  The notice required

Stidam to state whether he would file a response to the summary judgment motion on his own

or was requesting the Court's assistance by the preparation of a questionnaire.

Stidam was directed to return the attached notice by April 26, 2010.  Stidam was advised

(Doc. 20) that if he failed to return the attached notice by April 26, 2010, the case would be

subject to summary dismissal for failure to obey the order of this Court and failure to prosecute

this action.

To date, Stidam has not returned the notice.  He has not requested an extension of time

to file the notice.  The Court's order was sent to the address contained on the docket sheet.  This

-1-

address was provided to the Court by Stidam.  The order and attached notice have not been returned as undeliverable.

I therefore recommend that this case be dismissed based on Stidam's failure to obey the order of the Court and his failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 11th day of May 2010.

/s/ Erin L. Setser

HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)