```
      IN THE UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF ARKANSAS
              FAYETTEVILLE DIVISION
```

**MONTY LEE STIDAM**                                                    **PLAINTIFF**

v.                      Civil No. 09-5104

**DR. HUSKINS; CAPTAIN
HUNTER PETRAY; DEPUTY
MORRISON; and
SHERIFF KEITH FERGUSON**                                                **DEFENDANTS**

### O R D E R

Now on this 20th day of July, 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #22), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint should be, and it hereby is, dismissed pursuant to Federal Rule Civil Procedure 41(b) for failure to prosecute this action.

**IT IS SO ORDERED.**

                                    /s/Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE